UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

1-World Globes & Maps, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2023

23 Civ. 1977 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 13, 2023, the Court directed the parties to submit a joint letter and proposed case management plan by May 12, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **May 22, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 15, 2023
      New York, New York

                                      ANALISA TORRES
                               United States District Judge